THOMAS L. HUGHES, Respondent, v. J. BENEDICT ROACHE, Appellant.

Hughes v. Roache, 177 App. Div. 897, affirmed.

(Argued March 6, 1919; decided March 21, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that defendant agreed to purchase for plaintiff at public auction 100 shares of stock and deliver them to him upon payment of the bid price; that the defendant purchased the said stock at $50 per share but has refused to turn the same over to plaintiff although the latter had tendered the amount of the purchase price. Judgment was demanded for the difference between the bid price of the stock and its market value.

Charles L. Craig for appellant.

John L. Wells for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.